1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,        )        **Case №:** 1:18-cr-00091-LJO
                                       )
11              Plaintiff,             )
                                       )
12         vs.                         )              **O R D E R**
                                       )     **WITHDRAWING THE FEDERAL**
13    ALEJANDRO LEMUS,                 )       **DEFENDER AS COUNSEL,**
                                       )    **APPOINTING AD HOC CJA COUNSEL**
14              Defendant.             )
                                       )
15    _____ )

16         Upon Defendant's motion and consent, good cause appearing, and for consistency of

17    representation,

18         IT IS HEREBY ORDERED, effective October 1, 2019, withdrawing the Federal

19    Defender as counsel and appointing Victor M. Chavez as *ad hoc* CJA counsel pursuant to 18

20    U.S.C. § 3006A(b) and Eastern District of California's CJA Plan, Gen. Ord. 582, § X(C).

21    IT IS SO ORDERED.

22    Dated:   **October 1, 2019**          _____**/s/ Lawrence J. O'Neill**_____
                                            UNITED STATES CHIEF DISTRICT JUDGE
23

24

25

26

27

28