# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

**FILED**

MAR 03 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>ALEJANDRO LEMUS<br>*Defendant* | )<br>)  Case No. 1:18-cr-00091-LJO<br>)<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/24/20

*Defendant's signature*

1/24/20
*Signature of defendant's attorney*

Victor Chavez
*Printed name of defendant's attorney*

*Judge's signature*

Dale A. Drozd
~~Lawrence J. O'Neill~~, United States District Judge
*Judge's printed name and title*