VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
ALEJANDRO LEMUS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-000091-NONE |
|---|---|
| *Plaintiff,* | |
| vs. | **DEFENDANT'S MOTION TO EXONERATE SURETIES AND RECONVEY DEED OF TRUST; ORDER;Fed. R. Crim. P. 46(g)** |
| ALEJANDRO LEMUS | |
| *Defendant.* | **Judge: Hon. Dale A. Drozd** |

     On February 28, 2020 this Court sentenced the defendant, Alejandro Lemus to a term of probation for 60 months. Mr. Lemus then moved for exoneration of the property bond under which he had been on pretrial release. Mr. Lemus has complied with the conditions of his bond and there are no further conditions to be satisfied. Pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure Mr. Lemus hereby moves the Court for an order exonerating the sureties who posted a $50,000 property bond and reconveying the Deed of Trust with Assignment of Rents currently on file with the Tulare County Recorder as Document #2018-0025328 to Homero Iglesias Romero and Michelle Gomez Lemus who posted bail on behalf of Mr. Lemus on May 23, 2018. (Doc. #33)

                                          Respectfully submitted,

Dated: November 17, 2020            */s/Victor M. Chavez*
                                        VICTOR M. CHAVEZ
                                        Attorney for Defendant
                                        ALEJANDRO LEMUS

**ORDER**

IT IS HEREBY ORDERED that the sureties are exonerated and that the Clerk of the Court shall reconvey the Deed of Trust with Assignment of Rents currently on file with the Tulare County Recorder (Document # 2018-0025328) to the sureties who posted the property Bond, Homero Iglesias Romero and Michelle Gomez Lemus.

IT IS SO ORDERED.

Dated:   **November 17, 2020**   _____
UNITED STATES DISTRICT JUDGE